| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Eyrle S Hilton IV** | | Social Security number or ITIN | **xxx–xx–9761** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | | Date case filed for chapter  13 | **6/20/18** |
| Case number: | **18–17485** | | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                            12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Eyrle S Hilton IV | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1216 Quincy Ct.<br>Wheeling, IL 60090 | |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | Contact phone 847 520–8100<br>Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603 | Contact phone 312 294–5900 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 6/21/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 25, 2018 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**55 East Monroe, Suite 3850, Chicago, IL 60603** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/24/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/29/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/17/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at  www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**8/20/18** at **10:30 AM**, Location: **219 South Dearborn, Courtroom 680, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 18-17485-JPC
Eyrle S Hilton, IV                                                     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccorona1            Page 1 of 2                  Date Rcvd: Jun 21, 2018
                              Form ID: 309I             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
db            +Eyrle S Hilton, IV,    1216 Quincy Ct.,    Wheeling, IL 60090-2317
26839407      +Cedar Run Homeowners Corp.,    c/o Fullet Rosenlund Anderson PC,    430-440 Telser Road,
                Lake Zurich, IL 60047-1588
26839409       Chicago Medical Services LLC,    36286 Eagle Way,    Chicago, IL 60678-0001
26839410       Cook County Clerk,    118 N. Clark St., Room 112,    Chicago, IL 60602-1332
26839411       Cook County Treasurer,    PO Box 4488,    Carol Stream, IL 60197-4488
26839412      +Evanston Northwestern Healthcare,    740 Waukegan Road,    Suite 300,    Deerfield, IL 60015-4483
26839413      +Evanston Northwestern Healthcare,    1501 Busch Parkway,    Buffalo Grove, IL 60089-2686
26839416       First Midwest Bank,    Bankruptcy Department,    PO Box 2557,    Omaha, NE 68103-2557
26839424    ++++HIGHLAND PARK HOSPITAL,    777 PARK AVE W,    HIGHLAND PARK IL  60035-2497
              (address filed with court: Highland Park Hospital,     718 Glenview Ave.,
                Highland Park, IL 60035-2497)
26839421      +Hand Surgery Associate SC,    37400 Eagle Way,    Chicago, IL 60678-0374
26839423      +Heil, Heil, Smart & Golee,    Attn: Al Schroeder,    5215 Old Orchard Rd., #300,
                Skokie, IL 60077-1020
26839425       Horizon health Care, Inc.,    Dental Billing Office,    109 N Main St.,    Howard, SD 57349
26839426      +Maria J. Fournier, DDS MS Ltd & Ass,    3275 N. Arlington Heights Road,    Suite 407,
                Arlington Heights, IL 60004-7709
26839427      +Michael J. Simon, DMD, PC,    400 W. Dundee Road,    Buffalo Grove, IL 60089-3415
26839428      +North Urology, Ltd,    9669 N. Kenton Ave,    Suite 608,    Skokie, IL 60076-1248
26839430      +Northwest Community Hospital,    800 W. Central Road,    Arlington Heights, IL 60005-2349
26839429      +Northwest Community Hospital,    3060 Salt Creek Ln., Suite 110,
                Arlington Heights, IL 60005-5027
26839431      ++PINNACLE MANAGEMENT SERVICES,    830 ROUNDABOUT,    SUITE B,    WEST DUNDEE IL 60118-2116
              (address filed with court: Pinnacle Management,     514 Market Loop, Ste. 103,
                West Dundee, IL 60118-2181)
26839434       Portfolio Recovery Associates,    Bankruptcy Department,    500 W. 1st Ave,
                Hutchinson, KS 67501-5222
26839438      +Van Ru Credit Corporation,    1350 E. Touhy Ave,    Suite 100E,    Des Plaines, IL 60018-3337
26839439      +Victor T. Carnelli DDS,    720 Osterman Ave,    Suite 304,    Deerfield, IL 60015-4339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: davidsiegelbk@gmail.com Jun 22 2018 01:32:04      David M Siegel,
                David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
tr            +E-mail/Text: 341NOTICE@TVCH13.NET Jun 22 2018 01:33:37       Tom Vaughn,
                55 E. Monroe Street, Suite 3850,    Chicago, IL 60603-5764
ust           +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jun 22 2018 01:32:52       Patrick S Layng,
                Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                Chicago, IL 60604-2027
26839406       EDI: CAPITALONE.COM Jun 22 2018 05:13:00      Capital One,    15000 Capital One Dr,
                Richmond, VA 23238
26839405      +EDI: CAPITALONE.COM Jun 22 2018 05:13:00      Capital One,    Po Box 26625,
                Richmond, VA 23261-6625
26839408      +E-mail/Text: NDAILY@KSNLAW.COM Jun 22 2018 01:32:35       Cedar Run Phase III c/o KSN,
                c/o Kovitz Shifrin Nesbit,    175 N. Archer,    Mundelein, IL 60060-2301
26839414       EDI: CITICORP.COM Jun 22 2018 05:13:00      EXXMBLCITI,    CITIBANK CREDIT DISPUTE UNIT,
                PO Box 6497,    Sioux Falls, SD 57117-6497
26839415       E-mail/Text: fmb.bankruptcy@firstmidwest.com Jun 22 2018 01:33:16       First Midwest Bank,
                214 Washington St.,    Waukegan, IL 60085-5618
26839418      +E-mail/Text: fmb.bankruptcy@firstmidwest.com Jun 22 2018 01:33:16       First Midwest Bank/na,
                300 N Hunt Club Rd,    Gurnee, IL 60031-2502
26839417      +E-mail/Text: fmb.bankruptcy@firstmidwest.com Jun 22 2018 01:33:16       First Midwest bank,
                300 N. Hunt Club Rd.,    Gurnee, IL 60031-2502
26839420      +EDI: RMSC.COM Jun 22 2018 05:13:00      GECRB/WMTD,    PO Box 965024,    Orlando, FL 32896-5024
26839419       EDI: RMSC.COM Jun 22 2018 05:13:00      GECRB/Walmart,    Attn: Bankruptcy,    Po Box 965060,
                Orlando, FL 32896-5060
26839422      +EDI: PHINHARRIS Jun 22 2018 05:13:00      Harris & Harris LTD,    222 Merchandise Mart Plaza,
                Suite 1900,    Chicago, IL 60654-1421
26839433       EDI: PRA.COM Jun 22 2018 05:13:00      Portfolio Recovery Associates,
                120 Corporate Blvd., Ste. 100,    Norfolk, VA 23502
26839432      +EDI: PRA.COM Jun 22 2018 05:13:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4952
26839435       EDI: Q3G.COM Jun 22 2018 05:13:00      Quantum3 Group,    Sadino Funding,    P.O. Box 788,
                Kirkland, WA 98083-0788
26839436       EDI: RMSC.COM Jun 22 2018 05:13:00      SYNCB/WALMART,    PO Box 965024,    Orlando, FL 32896-5024
26839437       EDI: RMSC.COM Jun 22 2018 05:13:00      Synchrony Bank,    Attn: Bankruptcy Dept.,
                PO Box 965060,    Orlando, FL 32896-6060
26843838      +EDI: RMSC.COM Jun 22 2018 05:13:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 19

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

```
District/off: 0752-1          User: ccorona1           Page 2 of 2              Date Rcvd: Jun 21, 2018
                              Form ID: 309I            Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
          David M Siegel    on behalf of Debtor 1 Eyrle S Hilton, IV davidsiegelbk@gmail.com,
           author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Tom  Vaughn    ecf@tvch13.net,  ecfchi@gmail.com
                                                                                            TOTAL: 3
```